At a Term of the Appellate Division of the Supreme Court held in and for the First Judicial Department in the County of New York on September 23, 2019.

Present - Hon. David Friedman, Justice Presiding,
　　　　　　Dianne T. Renwick
　　　　　　Peter Tom
　　　　　　Ellen Gesmer
　　　　　　Jeffrey K. Oing, Justices.

---------------------------------------x
In the Matter of Jeffrey S. Goodman
(admitted as Jeffrey Stephen Goodman),
an attorney and counselor-at-law:

　　　Jeffrey S. Goodman,　　　　　　　　　　**UNPUBLISHED ORDER**
　　　(OCA Atty. Reg. No. 2015402)　　　　　M-6779
　　　　　　Petitioner,

　　　Attorney Grievance Committee
　　　for the First Judicial Department,
　　　　　　Respondent.
---------------------------------------x

**FILED**
SEP 23 2019
SUP COURT, APP. DIV.
FIRST DEPT.

　　　Petitioner (who was admitted to practice as an attorney and counselor-at-law in the State of New York at a Term of the Appellate Division of the Supreme Court for the First Judicial Department on March 4, 1985) having moved pro se in this Court on September 3, 2019 for an order pursuant to 22 NYCRR 1240.22, accepting his affidavit of resignation, and based upon that affidavit, removing his name from the roll of attorneys and counselors-at-law in the State of New York,

　　　And the Attorney Grievance Committee having submitted a letter dated August 13, 2019, stating that they oppose petitioner's application because his attorney's registration is delinquent,

　　　And The Lawyers' Fund for Client Protection having submitted a letter dated August 16, 2019, stating that they do not oppose petitioner's application,

　　　Now, upon reading and filing the papers with respect to the motion, and the affidavit of resignation of petitioner, sworn to on August 9, 2019, and due deliberation having been had thereon, it is unanimously,

(M-6779)                          -2-                   September 23, 2019

    Ordered that the motion is granted, petitioner's resignation is accepted and the name of said petitioner is removed from the roll of attorneys and counselors-at-law in the State of New York, effective the date hereof.

ENTERED:

_____
CLERK

---

**APPELLATE DIVISION SUPREME COURT FIRST DEPARTMENT**
**STATE OF NEW YORK**

I, SUSANNA ROJAS, Clerk of the Appellate Division of the Supreme Court First Judicial Department, do hereby certify that I have compared this copy with the original thereof filed in said office on  9/23/19  and that the same is a correct transcript thereof, and of the whole of said original.
IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of this Court on  9/23/19 .

_____
CLERK